**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STEPHEN BUSHANSKY,<br><br>Plaintiff,<br><br>vs.<br><br>PBF LOGISTICS LP, THOMAS J. NIMBLEY, MATTHEW C. LUCEY, C. ERIK YOUNG, MICHAEL D. GAYDA, BRUCE A. JONES, DAVID ROUSH, and LAWRENCE ZIEMBA,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No.  2:22-cv-06185-KSH-LDW

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated:  February 13, 2023

**WEISS LAW**

By   *s/ Mark. D. Smilow*
Mark. D. Smilow
Michael Rogovin (to be admitted *pro hac vice*)
305 Broadway, 7th Floor
New York, NY 10007
Tel: (212) 682-3025
Fax: (212) 682-3010
Email: msmilow@weisslawllp.com

*Attorneys for Plaintiff*

SO ORDERED this day of February 14, 2023
s/Katharine S. Hayden
Hon. Katharine S. Hayden, U.S.D.J.